## MEMORANDUM OF AGREEMENT

THIS AGREEMENT MADE AND ENTERED INTO BY AND BETWEEN

Name of Contractor: **Sovereign Tile, Inc.**      Address: **390 Snow Drift Court**
FEIN #: **36-4026800**                             **Bartlett IL 60103**
Phone: **(708) 736-TILE**

herein called the "EMPLOYER," and Ceramic Tile Layers and Terrazzo Workers Union Local the International Union of Bricklayers and Allied Craftsmen, AFL-CIO, herein called "UNION."

In consideration of the mutual promises made to each other, the parties hereby as follows:

1. The EMPLOYER hereby recognizes the UNION as the sole and exclusive coll bargaining representative for and on behalf of employees of the EMPLOYER who are now o hereafter employed within the territorial and occupational jurisdiction of the UNION.

2. The parties adopt and the EMPLOYER agrees to be bound by the terms and provis of a collective bargaining agreement dated **JUNE 1, 1994**, between the UNION and the CE TILE CONTRACTORS ASSOCIATION OF CHICAGO (Master Agreement), a copy of which agreemen attached hereto and made a part hereof and the receipt of which is hereby acknowledged by EMPLOYER.

3. This Memorandum Of Agreement shall remain in effect until the expiration o Agreement adopted by reference, (Master Agreement) including any amendments or extens thereto. The parties further agree that this Memorandum Of Agreement shall remain in ef from year to year thereafter and the parties specifically adopt any subsequent or succe Agreement entered into between the UNION and the aforesaid CERAMIC TILE CONTRAC ASSOCIATION OF CHICAGO after the expiration date of the Agreement adopted by refer (Master Agreement) as aforesaid, unless written notice of termination or amendment is g in the manner provided below.

4. Either party desiring to amend or terminate this Memorandum Of Agreement notify the other in writing at least sixty (60) days prior to the expiration of the existing Agreement adopted herein by reference (CHICAGO TILE CONTRACTORS ASSOCIATION CHICAGO - Master Agreement).

5. The EMPLOYER agrees to be bound by and to comply with the terms and provis of the Agreements and Declarations of Trust establishing the Chicago Tile Institute Wel Trust, Chicago Tile Institute Pension Trust, Chicago Tile Institute Promotion Fund, Chi Ceramic Tile Layers Apprenticeship Trust, Annuity Trust, Bricklayer and Trowel Tr International Pension Fund and International Masonry Institute as amended and as the same hereafter be amended or restated from time to time, as though the same were fu incorporated herein. EMPLOYER agrees to make prompt payments to each of the above funds the hourly contribution specified in the Master Agreement and all successor agreements which employer becomes bound. The EMPLOYER hereby accepts and ratifies the appointment the present Employer Trustees of the Funds and their Successor Employer Trustees as representative.

6. EMPLOYER agrees to furnish UNION with certificate covering liability under Illinois Workers' Compensation Act and the Illinois Occupational Disease Act.

7. EMPLOYER agrees to furnish UNION with a surety bond to insure prompt payment wages, health and welfare fund contributions, pension fund contributions, apprentice train fund contributions and annuity fund contributions in amount and according to the provisi of the Master Agreement adopted by reference herein.

8. This agreement shall not be operative during any period when the EMPLOYER i member in good standing of the Chicago Tile Contractors Association of Chicago.

IN WITNESS WHEREOF, the parties have executed this agreement dated this **16** day **August**, 199**95**.

EMPLOYER: **Sovereign Tile, Inc.**             CERAMIC TILE LAYERS & TERRAZZO WORKERS
(Sign) By: *[signature]*                       UNION LOCAL #67
(Print) By: **JENNIFER M. GROW**               (Sign) By: *[signature]*
                                               (Print) By: **EDWARD JUERGENSE**

EXHIBIT A