# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

**08 C 190**

## SUMMONS IN A CIVIL CASE

CHICAGO TILE INSTITUTE WELFARE PLAN, et. al.

Docket Number: _____

Assigned Judge: _____

v.

Designated Magistrate Judge: **JUDGE HOLDERMAN**
**MAGISTRATE JUDGE VALDEZ**

SOVEREIGN TILE, INC.

TO:
Sovereign Tile, Inc.
Jennifer M. Grow, Registered Agent
636 Philip Court
Bartlett, IL 60603

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Frank A. Marco
Gregorio & Associates
2 North LaSalle Street, Suite 1650
Chicago, Illinois 60602

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

Date

January 9, 2008
Date

EXHIBIT A

ClientCaseID: CTI
Law Firm ID: GREGORIO


*174164A*

CaseReturnDate: 2/16/08

Affidavit of Special Process Server

## UNITED STATES DISTRICT COURT

Case Number **08C190**

I, **LARRY E. BIELA**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

### CORPORATE SERVICE

THAT I SERVED THE WITHIN **SUMMONS AND COMPLAINT**
ON THE WITHIN NAMED DEFENDANT **SOVERIGN TILE, INC.**
PERSON SERVED **MATTHEW MCBEAN   PRESIDENT**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON **2/3/08**

That the sex, race and approximate age of the person whom I left the **SUMMONS AND COMPLAINT** are as follow:

**Sex** MALE   **Race** WHITE   **Age** 45
**Height** 5'9   **Build** MEDIUM   **Hair** BROWN

LOCATION OF SERVICE   **636  PHILIP COURT**
**BARTLETT, IL, 60603**

Date Of Service **2/3/08**   Time of Service **11:29 AM**

LARRY E. BIELA   2/5/2008
**Special Process Server**
P.E.R.C.#129-215788

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.