IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO TILE INSTITUTE WELFARE PLAN, CHICAGO TILE INSTITUTE PENSION PLAN, and CERAMIC TILE, TERRAZZO, & GRANITE CUTTERS UNION LOCAL NO. 67, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 08 C 190 |
| v. | ) ) | Judge Holderman |
| SOVEREIGN TILE, INC. | ) ) ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO: Mr. Mathew McBean, President
Sovereign Tile, Inc.
636 Phillip Court
Bartlett, IL 60603

PLEASE TAKE NOTICE that on Tuesday March 25th, 2008, I shall appear before the Honorable Judge Holderman at approximately **9:00am in Courtroom 2541,** at the Everett McKinley Dirksen Building located at 219 South Dearborn Street, Chicago, Illinois, where I shall then and there present my Motion for Default Judgment.

By: s/ Michael J. McGuire
Michael J. McGuire

Michael J. McGuire
ARDC #: 6290180
Gregorio & Associates
Two North LaSalle Street, Suite 1650
Chicago, Illinois 60602
(312) 263-2343

STATE OF ILLINOIS)
                 ) SS
COUNTY OF COOK )

Julie King, being first duly sworn on oath, deposes and says that she served the above and foregoing Motion for Default Judgment by depositing in the U.S. mail at Two North LaSalle Street, Suite 1650, Chicago, IL, a true and correct copy thereof in a sealed envelope first class postage prepaid addressed to the person to whom said Notice is directed on the 17th day of March 2008.

>Mr. Mathew McBean, President
>Sovereign Tile, Inc.
>636 Phillip Court
>Bartlett, IL 60603

**Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure [735 ILCS 5/1-109], the undersigned certifies that the Statements set forth in this instrument are true and correct, except as to Matters therein stated to be on information and belief and as to matters the Undersigned certifies as aforesaid that he verily believes the same to be true.**

By: s/ Julie King

Michael J. McGuire
ARDC #: 6290180
Gregorio & Associates
Two North LaSalle Street, Suite 1650
Chicago, Illinois 60602
(312) 263-2343