# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 190 | **DATE** | 3/25/2008 |
| **CASE TITLE** | Chicago Tile Institute Welfare Plan et al vs. Sovereign Tile, Inc. | | |

**DOCKET ENTRY TEXT**

Plaintiffs' motion for default judgment [7] is granted.  ENTER JUDGMENT ORDER: It is ordered that judgment is entered in favor of the plaintiffs and against the defendant in the total amount of $21,336.01.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | AMM |
|---|---|---|