IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO TILE INSTITUTE WELFARE PLAN, CHICAGO TILE INSTITUTE PENSION PLAN, and CERAMIC TILE, TERRAZZO, & GRANITE CUTTTERS UNION LOCAL NO. 67, <br><br>　　　　　　Plaintiffs, <br><br>　v. <br><br>SOVEREIGN TILE, INC. <br><br>　　　　　　Defendant. | ) ) ) ) ) ) ) ) 08 C 190 ) Judge Holderman ) ) ) ) ) |

### *Motion For Turnover of Funds*

　Now comes the Plaintiffs, by and through their attorney, Michael J. McGuire of Gregorio & Associates, moving for a Turnover of Funds. Further, in support of this Motion, the Plaintiffs state:

　1. A judgment was entered in the amount of $21,336.01 on March 25, 2008, of which $21.336.01 remains unsatisfied. See judgment attached as **Exhibit A.**

　2. A Citation to Discover Assets was served upon Chase Bank, N.A. on April 8, 2008. The back has indicated that it is holding in excess of the judgment amount in an account for Sovereign Tile, Inc.

　3. $9,000.00 should be turned over to the Plaintiffs to partially satisfy their judgment, and the citation shall thereafter be discharged.

　Wherefore, The Plaintiffs respectfully requests this Court enter a Turnover Order for $9,000.00, and for such further relief as this Court deems just.

                 By: S/ Michael J. McGuire
                   Michael J. McGuire

Michael J. McGuire
ARDC #: 6290180
Attorney for Plaintiffs
Gregorio & Associates
Two North LaSalle Street, Suite 1650
Chicago, IL 60602
312/263-2343