IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHICAGO TILE INSTITUTE WELFARE )
PLAN, CHICAGO TILE INSTITUTE )
PENSION PLAN, and CERAMIC TILE, )
TERRAZZO, & GRANITE CUTTERS )
UNION LOCAL NO. 67, )
)
     Plaintiffs, ) 08 C 190
  v. ) Judge Holderman
)
SOVEREIGN TILE, INC. )
)
     Defendant. )

### *Judgment Order*

 WHEREAS, the Plaintiffs filed their complaint on and the Defendant was personally served with copies of Complaint and Summons; and

 WHEREAS, the Defendant has failed to answer or otherwise plead; and

 NOW THEREFORE, upon application of the Plaintiffs and for good cause shown, a Default Judgment is hereby entered against the Defendant in accordance with the prayer of the Complaint; and

 IT IS HEREBY ORDERED, ADJUDGED AND DECREED the Judgment is entered on behalf of the Plaintiffs and against the Defendant, SOVEREIGN TILE, INC. in the sum of $21,336.01 representing the following amounts:

| | |
|---|---|
| Audit Discrepancies from August 1, 2004 - July 31, 2007 | $17,231.32 |
| Audit Fees | $950.43 |
| Attorney Fees and Costs | $1358.78 |
| Interest | $636.36 |
| Liquidated Damages | $1,159.12 |

**Grand Total**..................................................................$21,336.01

ENTERED:

DATE: March 25, 2008
Gregorio & Associates
2 North LaSalle, Suite 1650
Chicago, IL 60602
312/263-2343



_James F. Holderman_
HON. JAMES F. HOLDERMAN

EXHIBIT
A
Blumberg No. 5208