# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO TILE INSTITUTE WELFARE PLAN, CHICAGO TILE INSTITUTE PENSION PLAN, and CERAMIC TILE, TERRAZZO, & GRANITE CUTTERS UNION LOCAL NO. 67, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 08 C 190 |
| v. | ) ) ) | Judge Holderman |
| SOVEREIGN TILE, INC. | ) ) | |
| Defendant. | ) | |

### *Notice of Motion*

To:  J.P. Morgan Chase Bank          Mr. Mathew McBean
     Court Orders and Levies          Sovereign Tile, Inc.
     P.O. Box 280164                  636 Phillip Court
     Baton Rouge, LA 70826            Bartlett, IL 60603

   PLEASE TAKE NOTICE that on April 15, 2008, I shall appear before the Honorable Judge Holderman in court room 2541 at approximately 9:00 a.m. at the Everett McKinley Dirksen Building located at 219 South Dearborn Street, Chicago, Illinois, where I shall then and there present my Motion for Turnover of Funds.

                                              By: s/ Michael J. McGuire
                                                  MICHAEL J. MCGUIRE

Gregorio & Associates
Attorneys for the Plaintiffs
2 N. LaSalle Street, Suite 1650
Chicago, IL 60602
312/263-2343

STATE OF ILLINOIS)
                        ) SS
COUNTY OF COOK )

   Jean Culich, being first duly sworn on oath, deposes and says that she served the above and foregoing Motion for Turnover of Funds by depositing in the U.S. mail at Two North LaSalle Street, Suite 1650, Chicago, IL, a true and correct copy thereof in a sealed envelope first class postage prepaid addresses to the person to who said Notice is directed on the 11th day of April 2008.

Mr. Mathew McBean, President
Sovereign Tile, Inc.
636 Phillip Court
Bartlett, IL 60603

J.P. Morgan Chase Bank
Court Orders and Levies
P.O. Box 280164
Baton Rouge, LA 70826

        **Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure [735 ILCS 5/1-109], the undersigned certifies that the Statements set forth in this instrument are true and correct, except as to Matters therein stated to be on information and belief and as to matters the Undersigned certifies as aforesaid that he verily believes the same to be true.**

                        By:  s/ Jean Culich