## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James F. Holderman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 190 | **DATE** | 4/15/2008 |
| **CASE TITLE** | Chicago Tile Institute Welfare Plan et al vs. Sovereign Tile, Inc. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for turnover of funds [11] is granted.  ENTER TURNOVER ORDER: It is hereby ordered that Chase Bank N.A. is ordered to pay $9,000.00 to the plaintiffs from amounts they own Sovereign Tile, Inc. The citation previously served on Chase Bank, N.A., shall thereafter be discharged.

■ [ For further detail see separate order(s).]                               Notices mailed by Judicial staff.

00:04

| | Courtroom Deputy Initials: | AMM |
|---|---|---|