IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO TILE INSTITUTE WELFARE PLAN, CHICAGO TILE INSTITUTE PENSION PLAN, and CERAMIC TILE, TERRAZZO, & GRANITE CUTTERS UNION LOCAL NO. 67, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 08 C 190 |
| v. | ) ) | Judge Holderman |
| SOVEREIGN TILE, INC. | ) ) | |
| Defendant. | ) | |

### *Turnover Order*

This cause coming to be heard on the Motion of the Chicago Tile Institute Welfare Plan, Chicago Tile Institute Pension Plan, and Ceramic Tile, Terrazzo, & Granite Cutters Union Local No. 67, for a turnover order against Chase Bank N.A., due notice having been given and the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

1. Chase Bank N.A. is ordered to pay $9,000.00 to the Plaintiffs from amounts they owe SOVEREIGN TILE, INC.

2. The citation previously served on Chase Bank, N.A., shall thereafter be discharged.

ENTERED:

_____
**HON. JAMES F. HOLDERMAN**

DATE: April 15, 2008